UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **JAMES EUSSE, JR.,** | ) | NO. EDCV 06-1222-GHK(CT) |
| | ) | |
| Petitioner, | ) | ORDER ACCEPTING |
| | ) | MAGISTRATE JUDGE'S |
| v. | ) | REPORT AND RECOMMENDATION |
| | ) | WITH MODIFICATIONS |
| **STUART RYAN, Warden,** | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

    Pursuant to 28 U.S.C. § 636, the court has reviewed the entire file de novo, including the petition, respondent's answer, petitioner's traverse, and the magistrate judge's report and recommendation.

    ACCORDINGLY, IT IS ORDERED:

    1.   The report and recommendation is accepted with the following modifications, see 28 U.S.C. § 636(b)(1)(C), which are not material to the court's decision:

- At page 7, footnote 4, strike the words "which protects protecting a witness from prosecution for perjury" and insert the words "which prohibits the government from using the immunized testimony in any subsequent criminal prosecution of that witness, except in a prosecution for

perjury"; and,

- At page 8, line 17, strike the word "therefore."

2. Judgment shall be entered consistent with this order.

3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED:   9/30/09

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE