1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10  **JAMES EUSSE, JR.,**              )      NO. EDCV 06-1222-GHK(CT)
                                       )
11                  **Petitioner,**    )      JUDGMENT
                                       )
12           **v.**                    )
                                       )
13  **STUART RYAN, Warden,**           )
                                       )
14                  **Respondent.**    )
    _____)
15

16       Pursuant to the Order Accepting the Magistrate Judge's Report and

17  Recommendation,

18       IT IS ADJUDGED that the petition is denied and dismissed with

19  prejudice.

20  DATED:    9/30/09

21

22                                     _____
                                       GEORGE H. KING
                                       UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28